UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| TIMOTHY H. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | 3:94-cv-00229-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| ROBERT MILLER, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #148) entered on February 13, 2007, recommending granting Defendants' Motion for Partial Summary Judgment (Doc. #143) filed on August 21, 2006. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (Doc. #149) on February 28, 2007, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Report and Recommendation of U.S. Magistrate Judge (Doc. #148) entered on February 13, 2007, should be adopted and accepted.

///

1        IT IS THEREFORE ORDERED that the Report and Recommendation of U.S. Magistrate Judge (Doc. #148) entered on February 13, 2007, is adopted and accepted, and Defendants' Motion for Partial Summary Judgment (#143) is GRANTED.

       IT IS SO ORDERED.

       DATED this 26th day of March, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2