1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                              * * * * *
9    TIMOTHY H. JOHNSON,              )
                                      )   3:94-cv-00229-LRH-VPC
10                  Plaintiff,        )
                                      )   ORDER
11   vs.                             )
                                      )
12   RON ANGELONE, et al.,           )
                                      )
13                  Defendants.       )
                                      )
14   ──────────────────────────────  )

15          Before the court is Plaintiff's Motion for Extension of Time (#183) in which to respond

16   to Defendants' Motion for Non-Jury Trial and Motions in Limine and Defendants' Non-

17   Opposition to Plaintiff's Motion for Extension of Time (#187).

18          Good cause appearing, Plaintiff's Motion for Extension of Time (#183) is granted.

19   Plaintiff's responses to Defendants' Motion for Non-Jury Trial (#173) and Motions in Limine

20   (##174-176) will be due on October 26, 2007.

21          IT IS SO ORDERED.

22          DATED this 9th day of October, 2007.

23
24
25                                        _____
26                                        LARRY R. HICKS
                                          UNITED STATES DISTRICT JUDGE
27
28