UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY H. JOHNSON, | ) |
| | ) 3:94-cv-00229-LRH-VPC |
| Plaintiff, | ) |
| | ) MINUTE ORDER |
| vs. | ) |
| | ) December 30, 2008 |
| RON ANGELONE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Plaintiff's motion for a Status Check (#237) regarding entry of Judgment. The Findings of Fact and Conclusions of Law (#216) was entered on May 9, 2008, following a one-day bench trial on May 6, 2008. Judgment (#217) was entered on May 9, 2008. Judgment having been entered, Plaintiff's motion for Status Check (#237) is denied as moot.

                              LANCE S. WILSON, CLERK

                              By:        /s/
                                        Deputy Clerk