UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY H. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>RON ANGELONE; E.K. McDANIEL; BECKY MESSICK; JAY BARRETT and MICHAEL SCHEEL,<br><br>    Defendants. | 3:94-cv-00229-LRH-VPC<br><br>MINUTE ORDER<br><br>September 10, 2009 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER  REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

  Before the court is Plaintiff's Motion for Entry of Judgment (#239) and Defendants' response (#240).

  As set forth previously in Order (#238), Judgment (#217) was entered on May 9, 2008. There is no relief that can be granted by the court for Plaintiff's motion (#239) and Plaintiff's Motion for Entry of Judgment (#239) is DENIED as moot.

        LANCE S. WILSON, CLERK

      By:   /s/
         Deputy Clerk