**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TIMOTHY JOHNSON, | ) | 3:94-CV-0229-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 3, 2011 |
| | ) | |
| ROBERT MILLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   In response to the court's order advising that the original trial exhibits of May 2008 would be destroyed, plaintiff has filed a motion for the clerk to retain exhibits (#251). In that motion, plaintiff requests that clerk retain documents #s 225, 229, 231, 230, 232, 233, and 236. These are documents that are filed on the court's electronic record and are not subject to being destroyed. Therefore, plaintiff's motion for clerk to retain exhibits (#251) is **GRANTED**.

   Plaintiff shall advise by Friday, January 21, 2011 if he wishes to the court to retain the original trial exhibits of May 2008. If so, the clerk will retain those exhibits for a period of one year at which time, the clerk will again notify the parties of the intention to destroy those exhibits.

   **IT IS SO ORDERED.**

                                                                    LANCE S. WILSON, CLERK

                                                    By:   /s/
                                                             Deputy Clerk